# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 31, 2016

### NO. 03-16-00531-CR

**The State of Texas, Appellant**

**v.**

**Sarah Christine Padon, Appellee**

**APPEAL FROM 207TH DISTRICT COURT OF COMAL COUNTY**
**BEFORE CHIEF JUSTICE ROSE, JUSTICES GOODWIN AND BOURLAND**
**DISMISSED -- OPINION BY CHIEF JUSTICE ROSE**

This is an appeal from the order signed by the district court. Having reviewed the record, the Court agrees that this appeal should be consolidated into cause number 03-16-00532-CR and that this cause should be dismissed. Therefore, the Court consolidates this cause, transfers all the records and filings in this cause number to cause number 03-16-00532-CR, and dismisses cause number 03-16-00531-CR. The costs will be assessed on the disposition of cause number 03-16-00532-CR.